Sent by: Waters and Kraus          2143577252;          10/08/04 10:09;   JetFax #39; Page 2/2



# WATERS & KRAUS, LLP

C. ANDREW WATERS (CA, DC, NC, TX)
PETER A. KRAUS (TX, VA)
CHARLES S. SIEGEL

B. Scott Kruka
Ashley Watkins McDowell
Roa C. Eddins
Leslie C. MacLean
George G. Tankard, III (DC, MD, PA, TX)
Dana Casselli Fox
Michelle B. Norton
Nalda Talamantes
Paul C. Cook (CA)
Charles E. Valles (TN, TX)
Greg W. Lisemby
Jamie Reibenspies
Erika Branch (CA)
Charles W. Branham, III
Star Swarzros (CA, IL)
Clay B. Carroll
Benjamin R. Couture

3219 McKinney Avenue
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-357-7252

JEFFREY B. SIMON
TROYCE G. WOLF
DAVID C. GREENSTONE
MICHAEL L. ARMITAGE (CA, LA)

Scott M. Dolin (CA, NY, TX, WV)
J. Clay McCaslin (LA, OR, TX)
J. Bradley Smith
Kyla Reed
Joseph C. Garland (MD)
Clifford D. MacKenzie
Jay E. Shoemke
Jennifer L. Bartlett (CA)

**California Office:**
200 Oceangate, Suite 520
Long Beach, California 90802
Telephone: 562-436-8833
Telecopier: 562-590-7296

**Maryland Office:**
10015 Old Columbia Rd., Suite B-215
Columbia, Maryland 21046
Telephone: 410-312-5599
Telecopier: 410-312-5595

**OF COUNSEL:**
Rhonda Sullivan Cleaves (TX)
Shanlon Wu (DC)

James C. Barber
(Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization; & certified in Civil Trial Law by the Nat'l Board of Trial Advocacy)

PLEASE RESPOND TO THE DALLAS OFFICE

October 7, 2004

**TO ALL KNOWN COUNSEL OF RECORD:**

Re:   Fed. Cl. No. 02-433V; Michael Skevofilax, a minor, by his parents John and Helen Skevofilax v. Secretary of Health and Human Services;

Dear Counsel:

This will confirm that, pursuant to the request of defendants, the deposition of Dr. Geier has been canceled from the October 11 date and is now scheduled for November 12.

This will also confirm that the defendants have agreed to extend the discovery deadline through November 12.

Please do not hesitate to call if you have any questions or need additional information.

Sincerely,

C. Andrew Waters

CAW/mrf

| | | | |
|---|---|---|---|
| MICHAEL SKEVOFILAX, Minor, et al | * | IN THE | |
| Plaintiffs, | * | CIRCUIT COURT | |
| v. | * | FOR | |
| AVENTIS PASTEUR, INC., et al. | * | BALTIMORE CITY | |
| Defendants. | * | Case No.: 24-C-03-002575 | |

**TO ALL COUNSEL OF RECORD VIA FACSIMILE**

| Counsel: | | Phone: | Facsimile: |
|---|---|---|---|
| Paul Spence | Plaintiff's Counsel | 410-823-8200 | 410-823-8208 |
| George Tankard | Plaintiff's Counsel | 410-312-5599 | 410-312-5595 |
| Shanlan Wu | Plaintiff's Counsel | 703-660-6973 | 703-660-6993 |
| Jonathan Smith-George | Plaintiff's Counsel | 757-223-1275 | 757-223-1276 |

| Counsel: | Defendant name: | Phone: | Facsimile: |
|---|---|---|---|
| D'Ana Johnson & Keith Bonner | Aventis Pasteur, Inc. | 202-712-7000 | 202-712-7100 |
| M. Diane Owens & Bradley Wolff | Aventis Pasteur, Inc. | 404-874-8800 | 404-888-6199 |
| Deborah Jennings & Damon Krieger | Baltimore Gas & Electric | 410-580-3000 | 410-580-3001 |
| Michelle Mangrum & Matthew Morton | Eli Lilly & Co. | 202-783-8400 | 202-783-4211 |
| Marie Woodbury & Terrence Sexton & Deborah Moeller | Eli Lilly & Co. | 816-747-6550 | 816-421-5547 |
| Paul Strain & Dino Sangiamo & Stephen Marshall | Merck & Co. | 410-244-7400 | 410-244-7742 |
| Daniel Thomasch & Lauren Elliott | Wyeth & Lederle | 212-506-5000 | 212-506-5151 |
| Raymond Mullady, Jr. & Kenneth Turnbull | Wyeth & Lederle | 202-339-8400 | 202-339-8500 |
| William Carter & Paul Maloney | | 202-310-5507 | 202-310-5555 |
| Brian Goodman & Nicole Ames | | 410-539-2800 | 410-659-0543 |
| Thomas Cullen | | 410-783-4000 | 410-783-4040 |