# IN THE CIRCUIT COURT
# FOR BALTIMORE CITY

| | |
|---|---|
| MICHAEL SKEVOFILAX, a Minor, By His Parents and Next Friends JOHN and HELEN SKEVOFILAX,<br><br>Plaintiffs,<br><br>v.<br><br>AVENTIS PASTEUR INC. et al.<br><br>Defendants. | Civil Case No.: 24-C-03-002575 |

## VACCINE DEFENDANTS' NOTICE OF DEPOSITION
## RELATING TO MARK R. GEIER, M.D., Ph.D.

PLEASE TAKE NOTICE that Defendants Wyeth (f/k/a "American Home Products Corporation"), Aventis Pasteur Inc., Merck & Co. Inc., and SmithKline Beecham Corporation, d/b/a GlaxoSmithKline (collectively, the "Vaccine Defendants"), by and through their respective counsel, pursuant to Maryland Rule 2-412, shall take the deposition upon oral examination of the following individual on the date, time, and location set out below before a person duly authorized by law to administer oaths:

Name:      Mark R. Geier, M.D., Ph.D.
Date:      Friday November 12, 2004
Time:      9:30 a.m.
Location:  Orrick, Herrington & Sutcliffe LLP
           Washington Harbour
           3050 K Street, NW
           Washington, DC 20007

The deposition shall be recorded stenographically, on audiotape, and on videotape, and shall continue from day to day until completed. Said deposition is taken both for the purposes of discovery and for the use as evidence at trial.

1

DOCSDC1:199496.1

Pursuant to Maryland Rule 2-412(c), the deponent is requested to produce in advance of the deposition, by November 5, 2004, the documents and tangible things described in Schedule A, which is attached hereto.

Dated: October 20, 2004

*Raymond G. Mullady, Jr. /KYT*

Raymond G. Mullady, Jr.
Kenneth Y. Turnbull
ORRICK, HERRINGTON & SUTCLIFFE LLP
Washington Harbour
3050 K Street, NW
Washington, DC 20007-5135
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
**Attorneys for Defendant Wyeth**

*Stephen E. Marshall /KYT*

Paul F. Strain
Dino S. Sangiamo
Stephen E. Marshall
VENABLE LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201
Telephone:    (410) 244-7400
Facsimile:    (410) 244-7742
**Attorneys for Defendant Merck & Co., Inc.**

*D'Ana Johnson /KYT*

D'Ana E. Johnson
Carolyn Israel Stein
BONNER KIERNAN TREBACH & CROCIATA
1250 Eye Street, N.W., Suite 600
Washington, D.C. 20005
Telephone:    (202) 712-7000
Facsimile:    (202) 712-7100
**Attorneys for Defendant Aventis Pasteur Inc.**

2

DOCSDC1:199496.1

_Deborah M. Russell / KYT_

Deborah M. Russell
Janet Selph Moyers
McGUIREWOODS LLP
One James Center, 901 East Cary Street
Richmond, Virginia 23219-4030
Telephone:    (804) 775-1000
Facsimile:    (804) 775-1061
**Attorneys for SmithKline Beecham Corp., d/b/a GlaxoSmithKline**

3

## SCHEDULE A

## DEFINITIONS AND INSTRUCTIONS

A.   The term **"document"** means any and all material, wherever located, that is subject to production under Maryland Rule 2-422.  The term includes, but is not limited to, any and all material that is written, printed, typed, photographed, recorded (electrically, electronically, magnetically, graphically or otherwise) or which is capable of being recorded in any form, such as transcripts, books, letters, correspondence, reports, memoranda, medical records, x-rays, CT scans, MRI and MRA films, other films, records of other diagnostic studies, extracts, charts, tapes, data sheets, photographs, bills, invoices, contracts, proposals, communications, electronic mail messages, notes, business cards, pamphlets, reports and recording of telephone or other conversations, or of interviews, or of conferences, or of other meetings, statements, summaries, opinions, studies, analyses, evaluations, manuals, publications, newspaper articles, appointment books, any mechanical or electronic sound recordings or transcripts thereof, any notes or drafts relating to the foregoing, and all things similar to any of the foregoing, however denominated, in the possession or control of the witness.

B.   The term **"Dr. Mark Geier"** refers to Mark R. Geier, M.D., Ph.D., and all persons acting for him or on his behalf.

C.   The term **"Michael Skevofilax"** refers to the **minor Michael Skevofilax (DOB: 2/17/98; SSN:  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)** in this action.

D.   The singular of any word shall include the plural, and the plural shall include the singular.

E.   The words **"and"** and **"or"** as used in this request shall be interpreted as conjunctive, disjunctive, or both, depending on context, so that the fullest production of information is provided.

F.   All documents are to be produced as they are kept in the usual course of business so that one can ascertain the files in which they were located, their relative order in the files and how the files were maintained.

G.   If the witness does not respond to a request on the basis of privilege, with respect to each document for which it claims a privilege, state the type of document, the date thereof, the person who prepared it, each person to whom it was circulated, each person who received a copy of it, the subject matter of the document, and the particular privilege claimed.

1

## REQUESTS

1. The complete file on Michael Skevofilax, his parents Helen and John Skevofilax, or the subject lawsuit or case in the possession, custody, or control of Dr. Mark Geier.

2. All letters, correspondence, notes, writings, or other documents received from, or evidencing conversations with, healthcare providers concerning Michael Skevofilax.

3. All letters, correspondence, notes, writings, or other documents sent to or received from Helen or John Skevofilax or their counsel, the law firms of Spence, Kohler & Christie, P.A., and Waters & Kraus LLP.

4. All notes, memoranda, or other documents prepared by Dr. Mark Geier or at his direction that reflect or relate to the facts, findings, or opinions to which he is expected to testify in this case and/or which are set forth in plaintiffs' Expert Witness Designation, including exhibits.

5. Dr. Geier's report(s) in this case, including all drafts of the report(s).

6. All documents reflecting or relating to any investigation or work regarding issues in this case undertaken or conducted by, at the request of, or under the supervision of, Dr. Mark Geier.

7. All documents, data, or other information considered by Dr. Mark Geier in forming any opinions to which he may testify at trial in this action, and/or that relate to or form the basis of facts or findings set forth in Dr. Mark Geier's expert report.

8. Any exhibits or demonstrative aids prepared by Dr. Mark Geier, or at his direction, in connection with his work on the subject matter of this action and any such exhibit or demonstrative aid that may be used at any pre-trial hearing or at trial as a summary, explanation, or as support for the opinions Dr. Mark Geier may testify to in this action.

9. All documents relating to any interview of, or statement made by, Michael, John, or Helen Skevofilax or Michael Skevofilax's health care provider(s), or any person who has seen, examined, or evaluated Michael Skevofilax for the purpose of this case.

10. All documents, including all texts, articles, books, chapters of books, manuals, or other publications, referenced or relied upon by Dr. Mark Geier in forming his findings or opinions to which he is expected to testify in this case and/or which are set forth in plaintiff's Expert Witness Designation, including exhibits.

11. All documents reviewed by Dr. Mark Geier in connection with this case or in preparation for the deposition.

2

12.    A copy of the remainder of Dr. Mark Geier's file on Michael Skevofilax if not specifically requested above.

13.    A copy of Dr. Mark Geier's most recent resume or curriculum vitae and, to the extent not included within such resume or curriculum vitae, a list of all publications authored by Dr. Mark Geier within the preceding ten years concerning or relating to the subject matter of this case or any opinion to which Dr. Mark Geier may testify at trial.

3

**IN THE CIRCUIT COURT**
**FOR BALTIMORE CITY**

04 OCT 22 PM 3: 44

CIRCUIT COURT
BALTIMORE CITY
CIVIL DIVISION

MICHAEL SKEVOFILAX, a Minor,
By His Parents and Next Friends
JOHN and HELEN SKEVOFILAX,

Plaintiffs,

v.

AVENTIS PASTEUR INC. et al.

Defendants.

Civil Case No.: 24-C-03-002575

---

**DEFENDANTS WYETH, AVENTIS PASTEUR INC., MERCK & CO., INC., AND**
**SMITHKLINE BEECHAM CORP.'S NOTICE OF SERVICE OF**
**NOTICE OF DEPOSITION RELATING TO MARK R. GEIER, M.D., Ph.D.**

The undersigned certifies that on October 20, 2004, a copy of the Notice of

Deposition Relating to Mark R. Geier. M.D., Ph.D., issued by Defendants Wyeth, Aventis

Pasteur Inc., Merck & Co. Inc., and SmithKline Beecham Corporation, d/b/a GlaxoSmithKline,

was served on counsel for all parties by electronic mail and on counsel for plaintiffs by regular

mail.

Raymond G. Mullady, Jr.
Kenneth Y. Turnbull
ORRICK, HERRINGTON & SUTCLIFFE LLP
Washington Harbour
3050 K Street, NW
Washington, DC 20007-5135
Telephone:    (202) 339-8400
Facsimile:    (202) 339-8500
**Attorneys for Defendant Wyeth**

DOCSDC1:199496.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 20, 2004, a copy of the foregoing Notice of Service of Discovery Materials was served via first class mail, postage pre-paid, to plaintiffs' counsel and via electronic means to the other firms identified on the service list below.

Kenneth Y. Turnbull

| | |
|---|---|
| Paul W. Spence<br>SPENCE, KOHLER & CHRISTIE, P.A.<br>401 Washington Avenue, suite 701<br>Towson, Maryland 21204<br><br>Shanlon Wu<br>WATERS & KRAUS LLP<br>3219 McKinney Avenue<br>Dallas, Texas 75204<br>**Attorneys for Plaintiffs**<br><br>Michelle R. Mangrum<br>Matthew D. Morton<br>SHOOK, HARDY & BACON L.L.P.<br>Hamilton Square<br>600 14th Street, N.W.<br>Washington, D.C. 20005-2004<br>– and –<br>Marie S. Woodbury<br>Terrence Sexton<br>Rachel Emig<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>**Attorneys for Eli Lilly and Company**<br><br>Deborah M. Russell<br>Janet Selph Moyers<br>McGUIREWOODS LLP<br>One James Center, 901 East Cary Street<br>Richmond, Virginia 23219-4030<br>**Attorneys for SmithKline Beecham Corp.,<br>d/b/a GlaxoSmithKline** | D'Ana E. Johnson<br>Carolyn Israel Stein<br>BONNER, KIERNAN, TREBACH & CROCIATA<br>1250 Eye Street, N.W., Suite 600<br>Washington, DC 20005<br>– and –<br>M. Diane Owens<br>Bradley S. Wolff<br>SWIFT, CURRIE, McGHEE, & HIERS, LLP<br>The Peachtree<br>1355 Peachtree Street, N.E., Suite 300<br>Atlanta, Georgia 30309-3231<br>**Attorneys for Aventis Pasteur Inc.**<br><br>Paul F. Strain<br>Dino S. Sangiamo<br>Stephen E. Marshall<br>VENABLE LLP<br>2 Hopkins Plaza<br>1800 Mercantile Building<br>Baltimore, Maryland 21201<br>**Attorneys Merck & Co, Inc.**<br><br>Jonathan T. Blank<br>McGUIREWOODS LLP<br>7 Saint Paul Street, Suite 1000<br>Baltimore, MD 21202-1671<br>**Attorneys for SmithKline Beecham Corp., d/b/a<br>GlaxoSmithKline** |

2