Page 474

INDEX OF EXAMINATION

MARK R. GEIER, M.D., Ph.D.     PAGE
BY MR. THOMASCH............................ 14
BY MS. HALPERN............................. 434
BY MS. OWENS............................... 448
BY MS. WOODBURY............................ 452

INDEX OF EXHIBITS

EXHIBIT NO.    DESCRIPTION       PAGE
No. 1    Objection to the subpoena............ 16
No. 2    Notice of Intention to take Oral
       Videotaped Deposition of Dr.
       Mark R. Geier........................ 16
No. 3    Vaccine defendants' notice of
       deposition .......................... 19
No. 4    Handwritten list of documents........ 22
No. 5    Packet of e-mails.................... 31
No. 6    Dr. Geier's CV....................... 33
No. 7    Plaintiff's Second Supplemental
       Responses to Disclosures............. 35

Page 475

INDEX OF EXHIBITS

EXHIBIT NO.    DESCRIPTION       PAGE
No. 8    Joint statement of the American
       Academy of Pediatrics and the United
       States Public Health Service
       published September 3rd, 1999....... 193
No. 9    Dr. Geier's Power Point
       presentations....................... 43
No. 10   Statement by Mark and David Geier
       regarding their analysis of VSD
       thimerosal data..................... 125
No. 11   Statement on thimerosal at the World
       Health Organization dated August
       2003................................ 143
No. 12   What Parents Should Know About
       Thimerosal.......................... 165
No. 13   CDC National Immunization Program
       website document.................... 170
No. 14   Statement from the European Agency
       for the Evaluation of Medicinal
       Products dated March 24, 2004....... 178

Page 476

INDEX OF EXHIBITS

EXHIBIT NO.    DESCRIPTION       PAGE
No. 15   Immunization Safety Review Committee's
       report on vaccines and autism....... 215
No. 16   Article by Drs. Nelson and Bauman
       entitled thimerosal and Autism...... 256
No. 17   Article entitled Thimerosal-Containing
       Vaccines in Autistic Spectrum Disorder:
       A Critical Review of Published
       Original Data....................... 268
No. 18   Document from Medical Science Monitor
       authored by Mark R. Geier and
       David A. Geier...................... 280
No. 19   Plaintiff's expert's witness
       designation in Skevofilax vs.
       Aventis Pasteur case................ 291
No. 20   Printout from the Wall Street
       Journal online May 19, 2004 ........ 295
No. 21   February 9, 2004 press release...... 306
No. 22   VSD Raw Data: Thimerosal and Autism. 320

Page 477

INDEX OF EXHIBITS

EXHIBIT NO.    DESCRIPTION       PAGE
No. 23   Copy of report with cover letter
       dated November 7, 2004.............. 360
No. 24   Neurodevelopmental Disorders After
       Thimerosal-Containing Vaccines:
       A Brief Communication............... 418
No. 25   Article entitled Thimerosal in
       Childhood Vaccines, Neurodevelopment
       Disorders, and Heart Disease in the
       United States....................... 420
No. 26   Article entitled an assessment of
       the impact of thimerosal on childhood
       neurodevelopmental disorders........ 422
No. 27   Correspondence in the Journal of
       American Physicians and Surgeons
       from summer 2003.................... 423
No. 28   Article entitled A Case-Control
       Study of Mercury Burden in Children
       With Autistic Spectrum Disorders. 428

Deposition of - MARK R. GEIER, M.D., Ph.D. Multi-Page™ November 1, 2004
Vera Easter v. American Home Products, Corp.

Case 5:03-cv-00141-TJW   Document 254-15   Filed 12/07/04   Page 2 of 2 PageID #: 8017

Page 478

INDEX OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| No. 29 | Article entitled Response to Comments by J.R. Mann | 428 |
| No. 30 | Publication entitled A Review of the Vaccine Adverse Event Reporting System Database | 429 |
| No. 31 | Affidavit of Dr. Mark Geier for Canadian litigation | 434 |
| No. 32 | 47 pages of tables | 435 |
| No. 33 | Various renditions of Dr. Geier's report | 466 |
| No. 34 | Billing statements | 467 |
| No. 35 | Letter from Monica Furino to Dr. Mark Geier dated November 2nd, 2004 and attached medical records of Jordan Easter | 467 |
| No. 36 | Correspondence between Dr. Geier and Elizabeth Manzotti and attached manuscript | 467 |

Page 479

INDEX OF EXHIBITS

| EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|
| No. 37 | E-mail dated 10/20/04 and attachments containing Geier reports regarding autism | 468 |
| No. 38 | List of Dr. Geier's cases, 2/12/99 to 9/27/04 | 468 |