IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRIC OF TEXAS
TEXARKANA DIVISION

VERA EASTER,
Individually and as Next Friend of
JORDAN DELANEY EASTER,

       Plaintiffs,

v.                           CIVIL ACTION NO. 5:03-CV-141 (TJW)

AVENTIS PASTEUR, INC., et al.,

       Defendants.

## DECLARATION

I, Dana C. Fox, pursuant to the provisions of 28 U.S.C. § 1746, declare and state as follows:

1. I am an associate at Waters & Kraus, LLP, counsel for Vera Easter, individually and next of friend of Jordan Delaney Easter, in this action. I am familiar with the pleadings and proceedings herein and submit this declaration in support of the Plaintiff's Response To Defendant Wyeth's Motion to Preclude Certain Testimony of, and for Additional Time to Depose, Dr. Mark R. Geier. Attached hereto as exhibits are:

> Exhibit A: Excerpts from a true and correct copy of the Deposition of Dr. Mark Geier, taken on Friday, November 12, 2004;
>
> Exhibit B: An excerpt from a true and correct copy of Mercury In Medicine Report, Speech of Hon. Dan Burton of Indiana, 149 Cong. Rec. E1011-03, E1030 (May 20, 2003).

Executed in Dallas, Texas this 9th day of December 2004.

I declare under penalty of perjury that the foregoing is true and correct.


                                                 __/s/ Dana Fox_____
                                                 DANA C. FOX