IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| VERA EASTER,<br>  Individually and as Next Friend of<br>JORDAN DELANEY EASTER,<br>  Plaintiffs,<br><br>vs.<br><br>AVENTIS PASTEUR, INC., et al.,<br>  Defendants. | ) Case No. 5:03-CV-141 (TJW)<br>)<br>)<br>)<br>) **ORDER DENYING DEFENDANT**<br>) **WYETH'S MOTION TO PRECLUDE**<br>) **CERTAIN TESTIMONY OF, AND FOR**<br>) **ADDITIONAL TIME TO DEPOSE, DR.**<br>) **MARK GEIER** |

ON THIS _____ day of _____, 2004, came on for consideration Defendant Wyeth's Motion to Preclude Certain Testimony Of, and For Additional Time to Depose, Dr. Mark Geier. Finding the motion to be without merit, the Court hereby DENIES the relief requested by Defendant Wyeth.

ORDERED and SIGNED this ___ day of _____, 2004.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE